611 A.2d 642
## IN THE MATTER OF INQUIRY TO THE ADVISORY COMMITTEE ON PROFESSIONAL ETHICS INDEX NO. 58–91(B).

April 30, 1992.

Reconsideration is granted; and it is further

ORDERED that the petition for review of In The Matter of Inquiry to The Advisory Committee on Professional Ethics Index No. 58–91(B) is granted.

611 A.2d 642
## IN THE MATTER OF THE ESSEX COUNTY 1992 JUDICIAL BUDGET IMPASSE.

May 13, 1992.

Petition is granted.

611 A.2d 642
## GRACE M. HARRIS, PLAINTIFF–MOVANT, v. WAYNE PATERNO, DEFENDANTS–RESPONDENTS.

May 14, 1992.

Leave to appeal is granted.

611 A.2d 643
## MURIAL STEVENSON, ETC., PLAINTIFF–RESPONDENT, v. KEENE CORPORATION, ET AL., DEFENDANTS, AND PORTER–HAYDEN COMPANY, DEFENDANT–MOVANT.

June 12, 1992.

Leave to appeal is granted.